UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JVON CLEMENTS,

    Defendant.
_____/

Case No. 2:17-cr-20640-1

HONORABLE STEPHEN J. MURPHY, III

**ORDER DENYING DEFENDANT'S
MOTION FOR COMPASSIONATE RELEASE [593]**

On June 24, 2020, Defendant Jvon Clements filed a motion for compassionate release. ECF 593. He sought compassionate release based on the ongoing COVID-19 pandemic. *Id.* The Court reviewed the motion and the Government's response, ECF 594, and finds that a hearing is unnecessary. *See* E.D Mich. LCrR 12.1(a); E.D. Mich. LR 7.1(f)(2). For the following reasons, the Court will deny Defendant's motion.

The compassionate relief provision of the First Step Act permits the Court to modify Defendant's sentence only if: (1) he exhausted all administrative remedies, or (2) he requested that the Bureau of Prisons ("BOP") bring a motion on his behalf and thirty days lapsed after his request. 18 U.S.C. § 3582(c)(1)(A). The exhaustion requirement is a "mandatory condition," and Defendant must "'fully exhaust[] all administrative rights to appeal' with the prison or wait 30 days after his first request to the prison." *United States v. Alam*, 960 F.3d 831, 833–34 (6th Cir. 2020) (quoting 18 U.S.C. § 3582(c)(1)(A)) (alterations in original). Here, Defendant admitted that he has not yet exhausted his remedies. ECF 593, PgID 7036–37. And the Court declines

1

Defendant's invitation to create an exception to the statutory requirement. *See Ross v. Blake*, 136 S.Ct. 1850, 1857 (2016) (When Congress provides a statutory exhaustion provision, "courts have a role in creating exceptions only if Congress wants them to."); *see also United States v. Alam*, No. 15-20351, 2020 WL 1703881, at *2 (E.D. Mich. Apr. 8, 2020) (collecting cases), aff'd, 960 F.3d 831 (6th Cir. 2020). The Court will therefore deny without prejudice Defendant's motion for compassionate release.

**WHEREFORE**, it is hereby **ORDERED** that Defendant's motion for compassionate release [593] is **DENIED**.

**SO ORDERED**.

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: July 16, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2020, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager